# In the
# United States Court of Appeals
## For the Eleventh Circuit

_____

Nos. 23-13352, 24-10191

_____

In Re: CHIQUITA BANANA INTERNATIONAL, INC., ALIEN TORT STATUTE AND SHAREHOLDERS DERIVATIVE

_____

MYRIAM RAMIREZ GARCIA,

substituted in place of Antonio Gonzalez Carrizosa, et al.,

                                                  Plaintiffs,

DOES 1-205 OHIO ACTION (17-80547),
DOES 1-205 FLORIDA ACTION (17-80323),
JANE DOE 24 FLORIDA ACTION (20-82222),
JANE DOE 24 OHIO ACTION (21-60058),

                                        Plaintiffs-Appellants,

*versus*

| | | |
|---|---|---|
| 2 | Order of the Court | 23-13352 |

CHIQUITA BANANA INTERNATIONAL, INC., et al.,

                                                                Defendants,

ROBERT W. OLSON,
ROBERT KISTINGER,
WILLIAM TSACALIS,
JOHN ORDMAN,
CYRUS F. FREIDHEIM, JR., et al.,

                                                                Defendants-Appellees.

_____

Appeal from the United States District Court
for the Southern District of Florida
D.C. Docket No. 0:08-md-01916-KAM

_____

23-13352               Order of the Court                3

ORDER:

Plaintiffs-Appellants' motion to reset the briefing schedule is GRANTED. Their consolidated opening brief is due within 40 days after the date this Court rules on the jurisdictional questions it issued in Case Number 23-13352.


/s/ Barbara Lagoa
UNITED STATES CIRCUIT JUDGE